IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:24-cv-00115<br><br>The Honorable Elaine E. Bucklo |

**DECLARATION OF TIM WEI**

## DECLARATION OF TIM WEI

I, Tim Wei, declare and state as follows:

1. I am in-house counsel for Roadget Business Pte. Ltd., Plaintiff in this action.

2. I submit this Declaration in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order. This declaration is based on my personal knowledge of the facts stated herein or on business records made in the regular course of business. If called as a witness, I could and would testify to these statements.

3. Roadget is the owner of the famous SHEIN trademarks in the United States (and worldwide) and owns the website located at https://us.shein.com and the corresponding mobile application (together, the "SHEIN Website"). Roadget's affiliate and licensee in the U.S., Shein Distribution Corporation, sells SHEIN-branded apparel, beauty products, home goods, pet supplies, and a variety of other products to U.S. consumers through the SHEIN Website.

4. Roadget owns various SHEIN trademarks registered on the U.S. Principal Register, which have been licensed to SDC. The SHEIN brand serves as a unique source identifier for the popular fashion and lifestyle online retail store services and products offered and sold through the SHEIN Website. Roadget has invested heavily in building goodwill and brand recognition on social media and other marketing channels.

5. To further protect its investment in the SHEIN brand and goodwill, Roadget also owns a number of copyrights registered with the U.S. Copyright Office for two-dimensional visual works incorporated into underlying products sold on the SHEIN Website.

6. The success of the SHEIN brand has resulted in significant copyright infringement. Defendants, who are a number of online sellers operating anonymously through third-party e-commerce providers, are selling apparel with unauthorized copies of Roadget's copyrights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 5, 2024

_____
Tim Wei