## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Roadget Business Pte. Ltd.

                                  Plaintiff,

v.                                         Case No.: 1:24−cv−00115

                                          Honorable Elaine E. Bucklo

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 17, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 1/17/2024. Plaintiff's motion for leave to file complaint under seal [5] is granted for ten (10) days only. The Plaintiff's ex parte motion for entry of a Temporary Restraining Order [9]; motion for leave to seal supporting papers to motion for temporary restraining order under seal [11]; and Sealed ex parte motion for entry of a temporary restraining order [13] are granted. Enter Sealed Temporary Restraining Order. Because the temporary restraining order will expire on 1/31/2024, any motion for preliminary injunction or to extend the temporary restraining order must be filed by no later than 1/26/2024. Sidley Austin Llp is ordered to add all defendant names listed in the Schedule A to the docket within three business days of the expiration of the TRO. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. The case is set for a status hearing on 3/4/2024 at 9:45 a.m. (to track the case only, no appearance is required). By 2/26/2024 plaintiff is to file a status report regarding the status of service of process, settlement discussions, and any further information that plaintiff wishes to bring to the Court's attention. Motion for leave to file an amicus curiae brief [18] is granted, leave to appear is denied. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.