IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-00115<br><br>Judge: Hon. Elaine E. Bucklo |

**DEFENDANTS' EMERGENCY MOTION
TO DISSOLVE OR MODIFY TEMPORARY RESTRAINING ORDER**

Defendants[1] respectfully move to dissolve or modify the temporary restraining order (ECF No. 20) for the reasons set forth in the supporting Memorandum filed concurrently with this Motion.

Dated: February 7, 2024                                          Respectfully Submitted,

                                                                            /s/      Christopher J. Fahy

---

[1] This Motion is made by the following Defendants listed on Schedule A of the Complaint: Defendant Nos. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉.

1

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*


Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice* forthcoming


William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

*Counsel for Defendants*