IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-115<br><br>Judge: Hon. Elaine E. Bucklo |

**DEFENDANTS' MOTION TO DISMISS
OR, ALTERNATIVELY, TO SEVER**

Defendants[1] hereby move this Court to dismiss Plaintiff's Complaint and/or sever for the following reasons:

1. Plaintiff's claims against Defendant Nos. 1, 6–9, 11, 13, 14, and 16 should be dismissed on the grounds of improper service of process.

2. Plaintiff's claims against all Defendants for exemplary damages should be dismissed or stricken because such damages are not permitted under the Copyright Act.

---

[1] This motion is by Defendant Nos. 1, 6, 7, 8, 9, 11, 13, 14, 16, and 17 listed on Schedule A of the Complaint.

1

5. Plaintiff's claims against all Defendants for enhanced statutory damages should be dismissed or stricken because the Complaint fails to adequately plead facts necessary to support that form of damages.

6. Plaintiff's claims against Defendant Nos. 6–9, 11, 13, 14, 16, and 17 for statutory damages and attorneys' fees should be dismissed because Plaintiff has not plausibly alleged that the asserted copyrights were registered before these Defendants listed the accused products at issue—a prerequisite to statutory damages and fees under the Copyright Act.

7. Plaintiff's claims against all Defendants should be severed into separate actions due to improper joinder, or, at a minimum, Plaintiff should have to show cause why the Defendants may be joined under Fed. R. Civ. P. 20.

In support of its motion, Defendants submit the accompanying brief.

Dated: February 29, 2024 　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/____Christopher J. Fahy_____

　　　　　　　　　　　　　　　　　　　　　　　Christopher J. Fahy
　　　　　　　　　　　　　　　　　　　　　　　ARCH & LAKE LLP
　　　　　　　　　　　　　　　　　　　　　　　203 N. LaSalle St., Ste. 2100
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　　　　Phone: 312-558-1369
　　　　　　　　　　　　　　　　　　　　　　　Fax: 312-614-1873
　　　　　　　　　　　　　　　　　　　　　　　Christopher@archlakelaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice forthcoming*


William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

*Counsel for Defendants*