IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>  Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>  Defendants. | CIVIL ACTION NO. 1:24-cv-115<br><br>Judge: Hon. Elaine E. Bucklo |

**DEFENDANTS' OPPOSED
MOTION TO ALTER OR AMEND TEMPORARY RESTRAINING ORDER**

Defendants[1] respectfully move the Court to alter or amend the TRO (ECF No. 20), and reconsider the Order denying their motion to modify the TRO (ECF No. 58), by reducing the asset freeze to Defendants' gross sales revenue from the accused products. In support of the Motion, Defendants submit (1) their Memorandum in support of the Motion, (2) the Casaceli Declaration and accompanying exhibits, and (3) the "[Proposed] Modified Order."

---

[1] This motion is made by the following Defendants listed on Schedule A of the Complaint: **Defendant No. 1** (Foshan Qiqiao Childhood Clothing Co., Ltd. dba S H Baby); **Defendant Nos. 6 / 7** (Huangcun Xiamo Clothing Business Department dba Free Loop and Be kind); **Defendant No. 8** (Dongguan Mengyilian Apparel Co., Ltd. dba Livi); **Defendant No. 9** (Dongguan Wenhao Apparel Co., Ltd. dba Mi Fashion); **Defendant No. 11** (Guangzhou Wuzirong Trading Co., Ltd. dba Yeonhee women clothing); **Defendant Nos. 13 / 14** (Xuanyi Wardrobe Apparel Factory dba SYLP PLUS and SYLP); **Defendant No. 16** (Guangzhi Preferred Trading Firm dba Dchen); and **Defendant No. 17** (Huang Kangwei).

The parties' counsel met and conferred by phone call on March 13, 2024, pursuant this Court's Motion Practice rules. Plaintiff opposes this Motion. Defendant proposes the following briefing schedule:

Plaintiff's Opposition is due within two weeks of the filing of the Motion, and Defendant's Reply is due within two weeks of the filing of the Opposition.

Dated: March 13, 2024

                                              Respectfully Submitted,

                                              /s/____Christopher J. Fahy_____

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice forthcoming*

> William W. Flachsbart
> DUNLAP BENNETT & LUDWIG
> 333 N. Michigan Ave. Suite 2700
> Chicago, Illinois 60601
> Phone: 312-551-9500
> wflachsbart@dbllawyers.com
>
> *Counsel for Defendants*