**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-115<br><br>Judge: Hon. Elaine E. Bucklo |

**NOTICE OF DEFENDANTS' OPPOSED MOTION TO ALTER OR AMEND ORDER
TEMPORARY RESTRAINING ORDER**

Please take notice that on Wednesday, March 20, 2024, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Elaine E. Bucklo, or any Judge sitting in her stead, and present Defendants' Motion to Alter or Amend Temporary Restraining Order. Per the Court's Standing Order, the Court will rule by written order and an appearance on the presentment date is not required.

Dated: March 13, 2024            Respectfully Submitted,

*/s/*    *Christopher J. Fahy*

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com

*Counsel for Defendants*


Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com

*Counsel for Defendants*
*Pro hac vice forthcoming*


William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com

*Counsel for Defendants*