IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:24-cv-00115 <br><br> Judge Elaine E. Bucklo |

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT

**Please take notice** that under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Roadget Business Pte. Ltd., by and through its undersigned attorneys, voluntarily dismisses its claim against Defendant Fen RAN d/b/a RF Kids (No. 10 on Schedule A to the Complaint) with prejudice. Defendant has not filed either an answer or a motion for summary judgment in this action.

May 21, 2024								Respectfully submitted,


								By: */s/ Steven J. Horowitz*
								  Steven J. Horowitz
								  Matthew D. Binder
								  Deepa A. Chari
								  Taylor J. Wilson
								  Michael C. Springer-Ingram
								  **SIDLEY AUSTIN LLP**
								  One South Dearborn Street
								  Chicago, IL 60603
								  (312) 853-7000
								  shorowitz@sidley.com
								  mbinder@sidley.com
								  dchari@sidley.com
								  taylor.wilson@sidley.com
								  mspringeringram@sidley.com

								  *Counsel for Plaintiff*
								  *Roadget Business Pte. Ltd*

2