# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Roadget Business Pte. Ltd.

               Plaintiff,

v.                    Case No.: 1:24−cv−00115

                    Honorable Elaine E. Bucklo

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2024:

   MINUTE entry before the Honorable Elaine E. Bucklo: Moving Defendants' (Defendant Nos. 1, 6–9, 11, 13, 14, 16, 17) motion to alter or amend the temporary restraining order [59] is granted. The parties shall submit to the court's proposed order inbox an amended TRO consistent with this order no later than two days after this order's entry. Moving Defendants' motion to dismiss and/or sever [52] is granted in part. The remaining non−Moving Defendants (Defendant Nos. 2, 3, 4, 5, 15) will remain joined in this action. Moving Defendants will be severed into separate actions under separate case numbers as detailed in the memorandum opinion and order. The Court will open the new cases by separate order after entry of the amended TRO. The remainder of Moving Defendants' motion to dismiss is denied as moot; they may raise the arguments that pertain to each of them once they have been severed into new actions. Enter Memorandum Opinion and Order. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.