IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Roadget Business Pte. Ltd. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-00115 |
| v. ) | |
| ) | Judge Elaine E. Bucklo |
| The Individuals, Corporations, Limited ) | |
| Liability Companies, Partnerships, and ) | |
| Unincorporated Associations Identified ) | |
| on Schedule A Hereto, et al. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Consistent with the Court's May 30, 2024 order in Case No. 24-cv-115 severing Moving Defendants, the Clerk of Court is directed to open six new civil actions. (Since entry of the order to sever, one of the Moving Defendants was voluntarily dismissed.) The Clerk shall title the actions: (1) Roadget Business Pte. Ltd. v. Huangcun Xiamo Clothing Business Department d/b/a Free Loop and Be Kind; (2) Roadget Business Pte. Ltd. v. Dongguan Mengyilian Apparel Co., Ltd. d/b/a Livi; and Dongguan Wenhao Apparel Co., Ltd. d/b/a Mi Fashion; (3) Roadget Business Pte. Ltd. v. Guangzhou Wuzirong Trading Co., Ltd. d/b/a Yeonhee women clothing; (4) Roadget Business Pte. Ltd. v. Xuanyi Wardrobe Apparel Factory d/b/a SYLP PLUS and SYLP; (5) Roadget Business Pte. Ltd. v. Guangzhi Preferred Trading Firm d/b/a Dchen; and (6) Roadget Business Pte. Ltd. v. Huang Kangwei. The Clerk shall transfer attorney appearances for Plaintiff and the named Defendants. The Clerk shall assign the cases directly to Judge Bucklo as presiding judge and Magistrate Judge Weisman as designated magistrate judge. The Clerk is further directed to docket under the new case numbers: (1) this Order as Docket Entry Number 1; (2) the Complaint from Case No. 24-cv-115 [1] as Docket Entry Number 2; (3) the Sealed Document from Case No. 24-cv-115 [8] as Docket Entry Number 3; and (4) the Amended Temporary Restraining Order from Case No. 24-cv-115 [88] as Docket Entry Number 4. In Roadget Business Pte. Ltd. v. Huang Kangwei only, the Clerk shall enter the Answer from Case No. 24-cv-115 [55] as Docket Entry Number 5. Plaintiff is responsible for complying with any requirements, including those related to posting surety bonds, in the newly opened cases.

Date: June 4, 2024                                   ENTER:

*Elaine E. Bucklo*
_____
Hon. Judge Elaine E. Bucklo
United States District Court
Northern District of Illinois