IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>YONGLIN LI D/B/A CONJECTURE<br><br>Defendant. | Case No.: 1:24-cv-00115<br><br>Judge Elaine L. Bucklo |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO CONSOLIDATE DISCOVERY**

Plaintiff Roadget Business Pte. Ltd. ("Roadget") seeks leave to file a reply to Defendant's Opposition to Plaintiff's Motion to Consolidate Discovery. Dkt. 97. In support of its motion, Roadget states as follows:

1. Roadget filed its motion to consolidate discovery on August 9, 2024, requesting the Court to consolidate discovery across four cases.[1] Dkt. 97.

2. This Court entered a minute order providing Defendants an opportunity to respond to Roadget's motion by August 12, 2024. Dkt. 99.

3. Accordingly, Roadget respectfully requests leave to file a reply of no more than ten pages and to be filed no later than August 19, 2024, to address any new issues raised by Defendants' opposition.

4. On August 9, counsel for Plaintiff conferred with counsel for Defendants and

---

[1] Roadget filed its motion to consolidate discovery in this case and Case Nos. 24-cv-04647 at Dkt. 16, 24-cv-04648 at Dkt. 16, and 24-cv-04652 at Dkt. 16.

Defendants do not oppose this motion.

Dated: August 9, 2024

Respectfully submitted,

*/s/ Steven J. Horowitz*
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
Taylor J. Wilson
Michael C. Springer-Ingram
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com
*Counsel for Plaintiff Roadget Business Pte. Ltd.*