IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br>                               Plaintiff, <br> v. <br> YONGLI LIN D/B/A CONJECTURE, <br>                               Defendant. | Case No.: 1:24-cv-00115 <br><br> Judge: Hon. Elaine E. Bucklo |
| ROADGET BUSINESS PTE. LTD., <br>                               Plaintiff, <br> v. <br> DONGGUAN WENHAO APPAREL CO., LTD. D/B/A MI FASHION AND DONGGUAN MENGYILIAN APPAREL CO., LTD. D/B/A LIVI, <br>                               Defendants. | Case No.: 1:24-cv-04647 <br><br> Judge: Hon. Elaine E. Bucklo |
| ROADGET BUSINESS PTE. LTD., <br>                               Plaintiff, <br> v. <br> GUANGZHOU WUZIRONG TRADING CO., LTD. D/B/A YEONHEE WOMEN CLOTHING, <br>                               Defendant. | Case No.: 1:24-cv-04648 <br><br> Judge: Hon. Elaine E. Bucklo |
| ROADGET BUSINESS PTE. LTD., <br>                               Plaintiff, <br> v. <br> HUANG KANGWEI, <br>                               Defendant. | Case No.: 1:24-cv-04652 <br><br> Judge: Hon. Elaine E. Bucklo |

**PARTIES' JOINT STATUS REPORT[1]**

Plaintiff Roadget Business Pte. Ltd. ("Roadget") and the Defendants[2], by and through their respective counsel, submit the following joint status report, per the Court's order. Case No. 24-cv-00115, Dkt. 96.

---

[1] Discovery in Case Nos. 24-cv-00115, 24-cv-04647, 24-cv-04648, and 24-cv-04652 has been consolidate by the Court's order. Case No. 24-cv-00115, Dkt. 105. Accordingly, this Joint Status Report serves as a status report for ongoing discovery in these consolidated cases.

[2] "Defendants" refers to the following Defendants: Defendant Yongli Lin d/b/a Conjecture in Case No. 24-cv-00115; Defendant Dongguan Mengyilian Apparel Co., Ltd. d/b/a Livi and Defendant Dongguan Wenhao Apparel

## Status of Settlement

The Parties have met and conferred. Roadget and Defendant Dongguan Mengyilian Apparel Co., Ltd. d/b/a Livi (Case No. 24-cv-04647) have reached a settlement agreement and will file a dismissal once the terms of the agreement are met. The remaining Parties have not reached a settlement agreement at this time.

The remaining Defendants made counteroffers to Roadget on June 25, 2024 and followed up with Roadget multiple times thereafter. Roadget is not able to provide counteroffers at this time, but Roadget anticipates further discovery will aid settlement discussions with the remaining Defendants. The remaining Defendants respectfully request that the Court set a settlement conference between the Parties at its earliest convenience.

## Status of Discovery

Roadget served Defendants with its requests for production and interrogatories on August 7, 2024, and agreed to Defendants' request for a three-week extension to respond to Roadget's requests. Defendants served their responses to Roadget's requests for production and interrogatories on September 27, 2024. Roadget has reviewed Defendants' initial responses and believe them to be deficient in various respects, but Roadget intends to meet and confer with Defendants to narrow the scope of any disputes before raising them with the Court. Roadget expects the entry of a protective order to streamline the parties' resolution of any discovery disputes and will work with Defendants toward an agreement on an appropriate proposed protective order, bringing any disputes regarding its scope to the Court at an appropriate time. Defendants disagree with Roadget as to the scope and relevance of certain discovery requests and Defendants are prepared to meet and confer with Roadget to discuss and clarify these requests.

Defendants served Roadget with their requests for production and interrogatories on July 26, 2024. Roadget responded to Defendants' discovery requests and produced documents on August 26, 2024. Defendants believe Roadget's discovery responses are deficient but intend to meet and confer with Roadget to narrow the scope of any disputes before raising them with the Court.

Roadget is prepared to make another production of documents once a protective order has been entered. The Parties plan to schedule a meet and confer in the near term to discuss a protective order and disputed discovery requests. The Parties continue to work diligently on discovery.

---

Co., Ltd. d/b/a Mi Fashion in Case No. 24-cv-04647; Defendant Guangzhou Wuzirong Trading Co. Ltd. d/b/a Yeonhee Women Clothing in Case No. 24-cv-04648; and Defendant Huang Kangwei in Case No. 24-cv-04652.

Dated: October 24, 2024

/s/ *Steven J. Horowitz*
Steven J. Horowitz
Deepa A. Chari
Michael C. Springer-Ingram
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com
mspringeringram@sidley.com
*Counsel for Plaintiff Roadget Business Pte. Ltd*

Respectfully submitted,

/s/ *William W. Flachsbart*
William W. Flachsbart
DUNLAP BENNETT & LUDWIG
333 N. Michigan Ave. Suite 2700
Chicago, Illinois 60601
Phone: 312-551-9500
wflachsbart@dbllawyers.com
*Counsel for Defendants*

Christopher J. Fahy
ARCH & LAKE LLP
203 N. LaSalle St., Ste. 2100
Chicago, IL 60601
Phone: 312-558-1369
Fax: 312-614-1873
Christopher@archlakelaw.com
*Counsel for Defendants*

Haoyi Chen
ARCH & LAKE LLP
2500 Wilcrest Dr.
Houston, Tx 77042
Phone: 346-335-9870
Fax: 312-614-1873
haoyichen@archlakelaw.com
*Counsel for Defendants*
*Pro hac vice* forthcoming