IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| Plaintiff, | Case No.: 1:24-cv-00115 |
| vs. | |
| YONGLI LIN D/B/A CONJECTURE, | **Judge Elaine E. Bucklo** |
| Defendant. | |

**PARTIES' JOINT MOTION FOR ENTRY OF A STIPULATED FINAL JUDGMENT AND INJUNCTION ORDER**

Plaintiff Roadget Business Pte Ltd ("Roadget") and Defendant Yongli Lin d/b/a conjecture, by and through their respective counsel, move this court for entry of a stipulated final judgment and injunction order. The Parties have met and conferred, and have agreed to the terms of the proposed stipulated final judgment and injunction order attached hereto as Exhibit A as a resolution to this case. The Proposed Stipulated Final Judgment and Injunction Order has also been submitted to Proposed_Order_Bucklo@ilnd.uscourts.gov in accordance with Judge Bucklo's procedure.

| | |
|---|---|
| Dated: March 24, 2025 | Respectfully submitted, |
| | |
| /s/ | /s/ |
| Steven J. Horowitz | William W. Flachsbart |
| Deepa A. Chari | DUNLAP BENNETT & LUDWIG |
| Taylor J. Wilson | 333 N. Michigan Ave. Suite 2700 |
| Michael C. Springer-Ingram | Chicago, Illinois 60601 |
| SIDLEY AUSTIN LLP | Phone: 312-551-9500 |
| One South Dearborn Street | wflachsbart@dbllawyers.com |
| Chicago, IL 60603 | *Counsel for Defendants* |
| (312) 853-7000 | |
| shorowitz@sidley.com | Christopher J. Fahy |
| dchari@sidley.com | ARCH & LAKE LLP |
| taylorwilson@sidley.com | 203 N. LaSalle St., Ste. 2100 |
| mspringeringram@sidley.com | Chicago, IL 60601 |
| *Counsel for Plaintiff Roadget Business Pte. Ltd* | Phone: 312-558-1369 |
| | Fax: 312-614-1873 |
| | Christopher@archlakelaw.com |
| | *Counsel for Defendants* |
| | |
| | Haoyi Chen |
| | ARCH & LAKE LLP |
| | 2500 Wilcrest Dr. |
| | Houston, Tx 77042 |
| | Phone: 346-335-9870 |
| | Fax: 312-614-1873 |
| | haoyichen@archlakelaw.com |
| | *Counsel for Defendants* |
| | *Pro hac vice* forthcoming |