**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ROADGET BUSINESS PTE. LTD.,

                    Plaintiff,

vs.

YONGLI LIN D/B/A CONJECTURE

                    Defendant.

Case No.: 1:24-cv-00115

**Judge Elaine E. Bucklo**

<u>**ORDER GRANTING RELEASE OF PLAINTIFF'S SURETY BOND**</u>

Plaintiff Roadget Business Pte. Ltd. ("Roadget") and Defendant Yongli Lin d/b/a

conjecture (collectively, the "Parties") filed a Joint Motion for Entry of Stipulated Final

Judgment and Injunction Order. Dkt. No. 134. This Court entered a minute order granting the

Parties' motion and terminating the civil action. Dkt. No. 136. Roadget now files a motion for

release of its surety bond submitted to the Court pursuant to its Temporary Restraining Order

(Dkt. No. 20). After reviewing the Motion and the accompanying record, this Court **GRANTS**

Roadget's Motion and **ORDERS** that Roadget's surety bond in the amount of $10,000 will be

released to Roadget's counsel of record, Michael C. Springer-Ingram of Sidley Austin LLP.

Dated: April 1, 2025          _____

                                 Judge Elaine E. Bucklo
                                 United States District Judge